# Attachment

| | |
|---|---|
| **From:** | Galeno, Maria T. |
| **To:** | Michael J. Willemin |
| **Cc:** | Lindsay Goldbrum; "Strand, David"; Taber, Kenneth W.; Coughlan, Stephanie M. |
| **Subject:** | RE: Hillel - 26(f) |
| **Date:** | Tuesday, October 6, 2020 2:18:13 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image59e654.PNG<br>imagea15fa0.PNG |

Michael,

We understand your position and, therefore, in accordance with the applicable rules, we will be writing to Judge Preska to request a stay of discovery pending her determination of the motions to dismiss. As you know, we are busy this week preparing our reply papers in response to your opposition to, and in further support of, our two motions. Our reply papers are due on October 14. We will write the Court after our reply briefs are filed. Thank you in advance for your cooperation.

Best regards,
Maria


**Maria T. Galeno** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1833 | f +1.212.298.8407
maria.galeno@pillsburylaw.com | website bio

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   MIAMI
NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH   SACRAMENTO
SAN DIEGO   SAN DIEGO NORTH COUNTY   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC



**From:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Sent:** Monday, October 5, 2020 6:05 PM
**To:** Galeno, Maria T. <maria.galeno@pillsburylaw.com>
**Cc:** Lindsay Goldbrum <lgoldbrum@wigdorlaw.com>; 'Strand, David' <dstrand@fisherphillips.com>; Taber, Kenneth W. <kenneth.taber@pillsburylaw.com>

**Subject:** RE: Hillel - 26(f)

I wouldn't presume to know why the scheduling conference has not yet been scheduled. What I do know is that while 21 days before is the outside limitation, of course, the rule expressly requires a meet and confer "as soon as practicable." Waiting indefinitely is not in compliance with the rule and, as I said in my initial email (and you do not dispute), there is no automatic stay of proceedings when a motion to dismiss is filed. So, if you want a stay, it is your obligation to file a motion to stay. Until and unless a stay is issued, we have to comply with the rules. Again, please let us know your availability or secure a stay. If we are forced to make a motion to compel you to comply with the plain language of the rules, we will seeks our costs and fees in connection with having to do so.

**Michael J. Willemin**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

mwillemin@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

---

**From:** Galeno, Maria T. <maria.galeno@pillsburylaw.com>
**Sent:** Monday, October 5, 2020 5:55 PM
**To:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** Lindsay Goldbrum <lgoldbrum@wigdorlaw.com>; 'Strand, David' <dstrand@fisherphillips.com>; Taber, Kenneth W. <kenneth.taber@pillsburylaw.com>
**Subject:** RE: Hillel - 26(f)

Michael,

Rule 26(f) states that the conference has to be held at least 21 days before a scheduling conference is to be held. Here, the Judge has not yet set a

scheduling conference, likely because of the pendency of the motions -- in particular, the motion addressed to the Court's jurisdiction over the individual defendants.

**We** do not believe it makes any sense to proceed with a Rule 26(f) conference or discovery with the case in its current posture.  If you disagree, though, you of course can write to the Court and we will respond.


Thanks and best regards,
Maria



**Maria T. Galeno** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1833 | f +1.212.298.8407
maria.galeno@pillsburylaw.com | website bio

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   MIAMI
NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH   SACRAMENTO
SAN DIEGO   SAN DIEGO NORTH COUNTY   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC



**From:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Sent:** Monday, October 5, 2020 3:56 PM
**To:** Galeno, Maria T. <maria.galeno@pillsburylaw.com>
**Cc:** Lindsay Goldbrum <lgoldbrum@wigdorlaw.com>; 'Strand, David' <dstrand@fisherphillips.com>; Taber, Kenneth W. <kenneth.taber@pillsburylaw.com>
**Subject:** RE: Hillel - 26(f)

Maria,

As I am sure you know, the filing of a motion to dismiss does not stay discovery.  So, notwithstanding your position that a 26(f) would be a waste of time, we are obligated under the federal rules to conduct one, as soon as practicable.  To that end, please let me know when you are available.

Thanks,

Michael J. Willemin
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

mwillemin@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Galeno, Maria T. <maria.galeno@pillsburylaw.com>
**Sent:** Monday, October 5, 2020 3:50 PM
**To:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** Lindsay Goldbrum <lgoldbrum@wigdorlaw.com>; 'Strand, David' <dstrand@fisherphillips.com>; Taber, Kenneth W. <kenneth.taber@pillsburylaw.com>
**Subject:** Hillel - 26(f)

Michael,

In light of the pendency of IQVIA's Rule 12(b)(6) motion to dismiss all of your claims against IQVIA and of the Rule 12(b)(2) motion by 4 of the 5 IQVIA-related defendants to dismiss for lack of personal jurisdiction, a Rule 26(f) conference this week would be premature. It would be extremely inefficient and wasteful to attempt to craft a discovery plan when we do not yet know which claims or parties, if any, will remain in the case.

Regards,
Maria

**Maria T. Galeno** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1833 | f +1.212.298.8407
maria.galeno@pillsburylaw.com | website bio



**From:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Sent:** Monday, October 5, 2020 12:27 PM
**To:** Taber, Kenneth W. <kenneth.taber@pillsburylaw.com>; Galeno, Maria T. <maria.galeno@pillsburylaw.com>; dstrand@fisherphillips.com
**Cc:** Lindsay Goldbrum <lgoldbrum@wigdorlaw.com>
**Subject:** Hillel - 26(f)

**\* EXTERNAL EMAIL \***

All,

Please advise as to your availability for our 26(f) conference this week.

Thanks!

Michael J. Willemin
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

mwillemin@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies

hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.