UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS HILLEL,<br><br>                    Plaintiff,<br><br>-against-<br><br>OBVIO HEALTH USA, INC., OBVIO HEALTH PTE. LTD., SPRIM AMERICAS, INC., IQVIA, INC., MICHAEL SHLEIFER, IVAN JARRY, PRASANNA PITALE, ALISTAIR GRENFELL, DIKLA SHPANGENTAL, and ANAND THARMARATNAM, in their individual and professional capacities,<br><br>                    Defendants. | No. 20-CV-4647 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The motion for oral argument [dkt. no. 53] filed by Defendants IQVIA Inc., Prasanna Pitale, Alistair Grenfell, Dikla Shpangental, and Anand Tharmaratnam (collectively, the "IQVIA Defendants") is GRANTED.  Argument regarding the IQVIA Defendants' pending motions to dismiss Plaintiff's amended complaint [dkt. nos. 31, 34] will be held by teleconference on January 13, 2021 at 2:00 p.m.  The Court will communicate separately to counsel information for joining the teleconference.  Members of the public may join the teleconference using the following listen-only line: 888-363-4734, access code: 4645450.

1

Moreover, the IQVIA Defendants' motion to dismiss Plaintiff's original complaint [dkt. no. 12] and the corresponding motion for oral argument [dkt. no. 14] are DENIED as moot based on Plaintiff's filing her amended complaint. (See dkt. no. 25.)  The Clerk of the Court shall close the open motions at docket numbers 12, 14, and 53.

**SO ORDERED.**

Dated:     December 18, 2020
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge