UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS HILLEL,<br><br>                    Plaintiff,<br><br>-against-<br><br>OBVIO HEALTH USA, INC.; OBVIO HEALTH PTE. LTD.; SPRIM AMERICAS, INC.; IQVIA, INC.; MICHAEL SHLEIFER, IVAN JARRY, PRASANNA PITALE, ALISTAIR GRENFELL, DIKLA SHPANGENTAL, and ANAND THARMARATNAM in their individual and professional capacities,<br><br>                    Defendants. | No. 20-CV-4647 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Consistent with the Court's recent order granting their motions to dismiss, (see dkt. no. 61), Defendants IQVIA, Inc., Prasanna Pitale, Alistair Grenfell, Dikla Shpangental, and Anand Tharmaratnam are hereby dismissed from this action.

**SO ORDERED.**

Dated:    January 28, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1