UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS HILLEL,<br><br>                   Plaintiff,<br><br> - against -<br><br>OBVIO HEALTH USA, INC., OBVIO HEALTH PTE. LTD., SPRIM AMERICAS, INC., IQVIA, INC., MICHAEL SHLEIFER, IVAN JARRY, PRASANNA PITALE, ALISTAIR GRENFELL, DIKLA SHPANGENTAL, and ANAND THARMARATNAM, in their individual and professional capacities,<br><br>                   Defendants. | No. 1:20-cv-04647-LAP (DCF)<br><br>**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

For the reasons stated in this Court's Opinions and Orders ("Orders"), dated January 21, 2021 (Dkt. No. 61) and January 28, 2021 (Dkt. No. 62), and Memo Endorsement, dated March 2, 2021 (Dkt. No. 68):

IT IS ORDERED, ADJUDGED, AND DECREED that, there being no just reason for delay, Final Judgment is hereby entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure against Plaintiff Iris Hillel and in favor Defendant IQVIA Inc., and Defendants Prasanna Pitale, Alistair Grenfell, Dikla Shpangental, and Anand Tharmaratnam, in their individual and professional capacities: (i) dismissing with prejudice the Amended Complaint's Eighth, Ninth, and Tenth Causes of Action against IQVIA Inc.; (ii) dismissing without prejudice the Amended Complaint's Eighth, Ninth, and Tenth Causes of Action against Prasanna Pitale, Alistair Grenfell, Dikla Shpangental, and Anand Tharmaratnam; and (iii) dismissing with prejudice Defendant IQVIA Inc., and dismissing without prejudice Defendants Prasanna Pitale,

Alistair Grenfell, Dikla Shpangental, and Anand Tharmaratnam, in their individual and professional capacities, from the above-captioned action.

Nothing herein shall be construed to constitute a judgment on any of the claims against Obvio Health USA, Inc., Obvio Health Pte. Ltd., SPRIM Americas, Inc., Michael Shleifer, and Ivan Jarry. The pendency of such claims shall not affect the finality of this Judgment.

The Court retains jurisdiction to enforce this Judgment and to adjudicate all claims not determined by this Judgment.

Dated:  March _9_, 2021
         New York, New York

_____

Hon. Loretta A. Preska

United States District Judge