UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS HILLEL,<br><br>                Plaintiff,<br><br>-against-<br><br>OBVIO HEALTH USA, INC., et al.,<br><br>                Defendants. | No. 20-CV-4647 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter no later than May 5, 2022, how they propose to proceed.

**SO ORDERED.**

Dated:    April 21, 2022
           New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge