UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IRIS HILLEL,                          |                      |
|                 Plaintiff,            | No. 20-cv-4647 (LAP) |
| -against-                             |                      |
|                                       | ORDER                |
| OBVIO HEALTH USA, INC., et al.,       |                      |
|                 Defendants.           |                      |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a teleconference on Wednesday, September 14, 2022, at 10:00 a.m. to discuss Defendant IQVIA Inc.'s letter dated August 26, 2022 (dkt. no. 100) and Plaintiff's response dated August 31, 2022 (dkt. no. 101).  The dial-in is (877) 402-9753.  The access code is 6545179.

**SO ORDERED.**

Dated:   September 9, 2022
        New York, New York

                                */s/ Loretta A. Preska*
                                LORETTA A. PRESKA
                                Senior United States District Judge